NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

William W. Palmer, Esq. (SBN 146404)
PALMER LAW GROUP, a PLC
8033 W. Sunset Blvd, No. 880
Hollywood, California 90046
Telephone: (310) 984-5074
Facsimile:  (310) 491-0919
Email: wpalmer@palmercorp.com

ATTORNEY(S) FOR:  Plaintiffs Debt Registration Center, LLC, et al.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

DEBT REGISTRATION CENTER, LLC; VISTA CAPITAL MANAGEMENT, LLC

Plaintiff(s),

v.

VIRTUE LAW GROUP, LLC  a New Jersey Limited Liability Company; QUANTUM PROCESSING, LLC a Delaware Limited Liability

Defendant(s)

CASE NUMBER:

8:24-cv-01050-FWS-ADS

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for    Debt Registration, LLC and Vista Capital Management, LLC
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Debt Registration Center, LLC | Plaintiff |
| Vista Capital Management, LLC | Plaintiff |
| Virtue Law Group, LLC | Defendant |
| Quantum Processing, LLC | Defendant |

May 15, 2024
Date

s/William W. Palmer
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiffs Debt Registration Center, LLC, et al.