William W. Palmer, Esq. (SBN 146404)
Mark L. Hardy, Esq. (SBN 137770)
PALMER LAW GROUP, a PLC
907 Westwood Blvd, No. 218
Los Angeles, California 90024
Telephone: (310) 984-5074
Facsimile:  (310) 491-0919
Email: wpalmer@palmercorp.com

*Attorneys for plaintiffs*
*Debt Registration Center, LLC and*
*Vista Capital Management, LLC*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBT REGISTRATION CENTER, LLC; VISTA CAPITAL MANAGEMENT, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>VIRTUE LAW GROUP, LLC a NEW JERSEY LIMITED LIABILITY COMPANY; QUANTUM PROCESSING, LLC a DELAWARE LIMITED LIABILITY COMPANY; GABRIEL A. LEVY; BENJAMIN GREENWALD; MENDY RASKIN,<br><br>Defendants. | Case No.: 8:24-cv-01050-FWS-ADS<br><br>**AMENDED APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANTS VIRTUE LAW GROUP, LLC, AND QUANTUM PROCESSING, LLC**<br><br>[SUPPORTING DECLARATION OF WILLIAM W. PALMER CONCURRENTLY FILED HEREWITH]<br><br>Complaint Filed: May 14, 2024<br>Hon. Judge Fred W. Slaughter |

In response to this Court's November 27, 2024 deficiency notice and order [ECF Nos. 21, 22], plaintiffs Debt Registration Center, LLC ("Debt Registration") and Vista Capital Management, LLC ("Vista Capital") (collectively hereafter, "Plaintiffs") respectfully state the following. First, as the Court noted the filing of the First Amended Complaint ("FAC") [ECF No. 17] was deficient for its failure to include a Proof of Service with the FAC, which is now cured [ECF No. 23]. Second, as stated in the Declaration of William W. Palmer in Support of Application for Entry of Default Against Defendants Virtue Law Group and LLC, Quantum Processing, LLC ("Palmer Decl.") at ¶ 8, service was perfected on defendants Virtue Law Group, LLC, and Quantum Processing, LLC (hereafter, "Defendants") on October 28, 2024. Third, as stated in the Palmer Decl., in paragraph 6, the parties stipulated at defendants Virtue Law Group, LLC ("Virtue Law") and Quantum Processing, LLC ("Quantum Processing") (collectively hereafter, "Defendants") request to allow Defendants additional time to respond to the Complaint and to make an appearance. Plaintiffs prepared the stipulation and necessary filing for Defendants as a professional courtesy. Fourth, Defendants' counsel would have been required to register for the electronic service of CM/ECF. Finally, the FAC Proof of Service is now filed with the Court [ECF No. 23]. Plaintiffs are diligently moving their case forward. Defendants' counsel has declined to accept service on behalf of the three individual defendants Gabriel A. Levy; Benjamin Greenwald; Mendy Raskin who are apparently unrepresented; therefore, Plaintiffs are preparing to have these individuals personally served and will seek to recover the cost of the unnecessary service when Defendants' counsel appears on their behalf at a later date. Regardless, in compliance with this Court's November 27, 2024, deficiency notice and order, Plaintiffs are requesting relief and the entry of default against Defendants Virtue Law Group, LLC, and Quantum Processing, LLC.

1. Pursuant to Fed. R. Civ. P. 55(a), Plaintiffs respectfully ask this Court to enter default against defendants Virtue Law Group, LLC and Quantum Processing, LLC. The Complaint was filed on May 14, 2024 (Dkt. No. 1).

2. Plaintiffs served Quantum Processing on September 6, 2024, with the Complaint, Summons, and Civil Cover Sheet. Defendants' Counsel Jason Lowe, stipulated on behalf of Defendants Virtue Law and Quantum Processing on September 27, 2024, to respond or answer the Complaint on or before October 27, 2024. *See* Palmer Decl., at ¶¶ 5-6.

3. Pursuant to Fed. R. Civ. P. 12(a)(1) the stipulated deadline for Defendants to respond to the Complaint was October 27, 2024.

4. On October 24, 2024, Plaintiffs filed their First Amended Complaint ("FAC") and added three new defendants Gabriel A. Levy, Benjamin Greenwald, and Mendy Raskin.

5. Out of an abundance of caution, on October 28, 2024, Plaintiffs served the FAC on Defendants' counsel Jason Lowe by electronic mail, along with the Acknowledgment of Service forms on the three newly added defendants Gabriel A. Levy, Benjamin Greenwald, and Mendy Raskin. Using the latest possible service date on Defendants Virtue Law and Quantum Processing, the last day to respond to the FAC was November 12, 2024. Attorney Lowe responded to the electronic service of the FAC on October 31, 2024. *See* Palmer Decl., at ¶¶ 7-8, Exh A.

6. On November 11, 2024, Plaintiffs re-sent the Acknowledgement of Service forms for the three newly added defendants. *See* Palmer Decl., at ¶¶ 8.

7. Defendants Virtue Law and Quantum Processing have not answered or otherwise responded to either the Complaint or the FAC and (Dkt. No. 17) (Palmer Decl. ¶¶ 9-10), despite having filed an appearance and stipulation by attorney Jason Lowe on behalf of Defendants Virtue Law and Quantum Processing (Dkt. No. 16).

Plaintiffs are informed and believe that none of the individual Defendants are minors, incompetent persons or are in military service. Palmer Decl. at ¶ 11.

Accordingly, entry of default against Defendants Virtue Law Group, LLC and Quantum Processing, LLC is proper pursuant to Rule 55(a).

Dated: November 27, 2024         Respectfully submitted,

PALMER LAW GROUP, a PLC


By: _____
    William W. Palmer

*Attorneys for plaintiffs Debt Registration Center, LLC and Vista Capital Management, LLC.*

# CERTIFICATE OF SERVICE

I hereby certify that on November 27, 2024, I caused the foregoing:

- **AMENDED APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANTS VIRTUE LAW GROUP, LLC AND QUANTUM PROCESSING, LLC**

- **AMENDED DECLARATION OF WILLIAM W. PALMER IN SUPPORT OF PLAINTIFFS' APPLICATION FOR ENTRY OF DEFAULT AGAINST DEFENDANTS VIRTUE LAW GROUP, LLC AND QUANTUM PROCESSING, LLC**

to be served by CM/ECF and electronic mail to the following counsel for the Defendants:

Jason Lowe, Esq.
LAW OFFICES OF JASON LOWE
225 West 106th Street, 8M
New York, New York 10025
Email: jasonflowe@gmail.com

Executed on November 27, 2024, at Sacramento, California.

_David Schlosser_